# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>PQ AMERICANA, INC., et al.,<br>　　　Defendants. | CV 19-10495 DSF (SSx)<br><br>JUDGMENT |

　　　The Court having granted a motion to dismiss the first cause of action for lack of subject matter jurisdiction and having declined supplemental jurisdiction over the second cause of action,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's first cause of action be dismissed with prejudice, that Plaintiff's second cause of action be dismissed without prejudice to filing in state court, and that Defendant recover just costs pursuant to 28 U.S.C. § 1919.

Date: April 23, 2020

　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge